**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 17-1141**

_____

DORA L. ADKINS,

       Plaintiff - Appellant,

    v.

PUBLIC STORAGE,

       Defendant - Appellee.

_____

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria.  James C. Cacheris, Senior District Judge.  (1:16-cv-01556-JCC-IDD)

_____

Submitted:  May 25, 2017                    Decided:  May 30, 2017

_____

Before MOTZ, THACKER, and HARRIS, Circuit Judges.

_____

Dismissed by unpublished per curiam opinion.

_____

Dora L. Adkins, Appellant Pro Se.  Nathan D. Rozsa, SUROVELL ISAACS PETERSEN & LEVY, PLC, Fairfax, Virginia, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Dora L. Adkins appeals the district court's order dismissing her civil action and denying her leave to amend her complaint. We have reviewed the record and find no reversible error. Accordingly, we deny leave to proceed in forma pauperis and dismiss the appeal for the reasons stated by the district court. *Adkins v. Public Storage*, No. 1:16-cv-01556-JCC-IDD (E.D. Va. Jan. 24, 2017). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED*